■

William H. O'ROURKE

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Martin F. Horn, Commissioner, Pennsylvania Department of Corrections, David H. Larkins, Superintendent, State Correctional Institution-Dallas, Thomas Stachelek, Deputy Superintendent, State Correctional Institution at Dallas, Captain Thomas Martin, John Docknovitch, Mark Rapson, and Samuel Zambeto.

Appeal of Commonwealth of Pennsylvania, Department of Corrections, John Docknovitch and Mark Rapson.

Supreme Court of Pennsylvania.

Oct. 16, 2007.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

■

Victor M. SACKETT and Diana L. Sackett, Appellants,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY, Appellee.

Supreme Court of Pennsylvania.

Oct. 16, 2007.

Application Of Amici Curiae, The Pennsylvania Defense Institute, The Insurance Federation Of Pennsylvania, And The Property Casualty Insurers Association of America, For Leave To File Statement In Support of Application For Reargument Filed By Nationwide Insurance.

Application Of Amicus Curiae, The Pennsylvania Trial Lawyers Association, For Leave To File Statement Opposing Application For Reargument Filed By Nationwide Mutual Insurance Company.

Application of Victor M. Sackett and Diana L. Sackett, Appellants, for Leave to File a Brief in Response to the Amicus Brief Previously Filed by the Insurance Commissioner and the Department of Insurance of the Commonwealth of Pennsylvania.

### ORDER

PER CURIAM.

AND NOW, this 16th day of October, 2007, upon consideration of Appellee's Application for Reargument, Appellants' Response in Opposition, and the Statement of Amicus Curiae in Support of Reargument filed by the Commonwealth of Pennsylvania Insurance Commissioner and Department ("Insurance Commissioner") in response to this Court's June 27, 2007 order, it is **HEREBY ORDERED** that the Application for Reargument is **GRANTED**, and this matter is **RESUBMITTED** on the existing briefs and reargument pleadings. Appellants Victor M. Sackett and Diana L. Sackett are hereby **GRANTED** twenty (20) days to file a Brief in Response to the substantive points made in the Application for Reargument and the points made in the Insurance Commissioner's Amicus Statement.

The *Application Of Amici Curiae, The Pennsylvania Defense Institute, The In-*